GUTEKUNST et al. v. MUNICIPAL GAS CO. OF CITY OF ALBANY.

(Supreme Court, Appellate Division, Third Department. January 4, 1911.)

Appeal from Trial Term, Albany County.
Action by Annie Gutekunst and another against the Municipal Gas Company of the City of Albany. From a judgment for plaintiffs, defendant appeals. Reversed.
Argued before SMITH, P. J., and KELLOGG, COCHRANE, SEWELL, and HOUGHTON, JJ.

Neile F. Towner, for appellant.
Martin T. Nachtmann, for respondents.

PER CURIAM. Judgment and order reversed and new trial granted, with costs to appellant to abide event on opinion in Mowers v. Municipal Gas Company of the City of Albany (decided herewith) 126 N. Y. Supp. 1033.